UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JXN UNDIVIDED COALITION; MISSISSIPPI VOTES; PEOPLE'S ADVOCACY INSTITUTE; MISSISSIPPI POOR PEOPLE'S CAMPAIGN; BLACK VOTERS MATTER; RUKIA LUMUMBA; DANYELLE HOLMES; AREKIA BENNETT-SCOTT,<br><br>    Plaintiffs,<br><br>    v.<br><br>SEAN TINDELL, in his official capacity as Commissioner of the Mississippi Department of Public Safety; and BO LUCKEY, in his official capacity as Chief of the Capitol Police, a unit of the Mississippi Department of Public Safety,<br><br>    Defendants. | Civil Action No. 3:23-cv-351-TSL-RPM |

## NOTICE OF APPEARANCE

Undersigned counsel, Cliff Johnson, of the MacArthur Justice Center, 481 Chucky Mullins Drive, University, Mississippi 38677, hereby enters his appearance as co-counsel for Plaintiffs.

Dated: June 3, 2023

                                              *s/ Cliff Johnson*
                                              Cliff Johnson (MSB #9383)
                                              MacArthur Justice Center at the
                                              University of Mississippi School of Law
                                              481 Chucky Mullins Drive
                                              University, Mississippi 38677
                                              cliff.johnson@macarthurjustice.org

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day filed the foregoing Entry of Appearance with the Southern District of Mississippi's Electronic Court Filing system which sent notification of filing along with a copy of the filed document to counsel listed below:

    Paloma Wu
    Mississippi Center for Justice
    210 E. Capitol Street
    Suite 1800
    Jackson, Mississippi 39201
    (601) 352-4769
    pwu@mscenterforjustice.org

Dated: June 3, 2023

                                                  _s/ *Cliff Johnson*_____