UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JXN UNDIVIDED COALITION; MISSISSIPPI VOTES; PEOPLE'S ADVOCACY INSTITUTE; MISSISSIPPI POOR PEOPLE'S CAMPAIGN; BLACK VOTERS MATTER; RUKIA LUMUMBA; DANYELLE HOLMES; AREKIA BENNETT-SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>SEAN TINDELL, in his official capacity as Commissioner of the Mississippi Department of Public Safety; and BO LUCKEY, in his official capacity as Chief of the Capitol Police, a unit of the Mississippi Department of Public Safety,<br><br>Defendants. | Civil Action No. 3:23-cv-351-TSL-RPM |

**NOTICE OF FILING**

Please take notice that Plaintiffs today filed a motion for consolidation and supporting memorandum of authorities, pursuant to Fed. R. Civ. P. 42(a) and Local Rule 42, in the related civil action pending in this District and Division, styled *NAACP et al. v. Reeves et al.*, Civil Action No. 3:23-cv-272-HTW-LGI. Plaintiffs' filed motion and supporting memorandum are attached.

**Exhibit 1**: Motion to Consolidate
**Exhibit 2**: Memorandum in Support of Motion to Consolidate

1

Dated: June 7, 2023

Respectfully submitted,

/s/ Paloma Wu
Paloma Wu (Miss. Bar No. 105464)
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Ste 1800
Jackson, MS 39201
(601) 709-0858
pwu@mscenterforjustice.org

Cliff Johnson (Miss. Bar No. 9383)
MACARTHUR JUSTICE CENTER
University of Mississippi School of Law
481 Chucky Mullins Drive
University, MS 38677
(662) 915-6863
cliff.johnson@macarthurjustice.org

*Attorneys for Plaintiffs*