IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JXN UNDIVIDED COALITION, et al.                                      PLAINTIFFS

v.                                         CIVIL ACTION NO. 3:23-cv-351-TSL-RPM

SEAN TINDELL, in his official capacity as
Commissioner of the Mississippi Department of
Public Safety; and BO LUCKEY, in his official
capacity as the Chief of the Capitol Police, a unit of
the Mississippi Department of Public Safety                          DEFENDANTS

## NOTICE OF ATTORNEY APPEARANCE

Please take notice that J. Chadwick Williams hereby enters his appearance in this cause as counsel of record for the following Defendants: Sean Tindell, in his official capacity as the Commissioner of the Mississippi Department of Public Safety and Bo Luckey, in his official capacity as the Chief of the Capitol Police, a unit of the Mississippi Department of Public Safety.

All future e-filings, pleadings, and correspondence should include J. Chadwick Williams as counsel for these Defendants at the address noted below:

> J. Chadwick Williams
> Special Assistant Attorney General - Civil
> Post Office Box 220
> Jackson, Mississippi 39205
> E-mail: chad.williams@ago.ms.gov

DATE: JUNE 12, 2023

> SEAN TINDELL, in his official capacity as
> the Commissioner of the Mississippi
> Department of Public Safety and

>BO LUCKEY, in his official capacity as
>the Chief of the Capitol Police, a unit of the
>Mississippi Department of Public Safety,
>*Defendants*
>
>LYNN FITCH
>Attorney General of Mississippi
>
><u>*/s/ J. Chadwick Williams*</u>
>Special Assistant Attorney General
>Mississippi Bar No. 102158
>P.O. Box 220
>Jackson, Mississippi 39205-0220
>Telephone: (601) 359-3523
>E-mail: chad.williams@ago.ms.gov

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which provided notice to all counsel of record.

This, the 12th day of June 2023.

<u>*/s/ J. Chadwick Williams*</u>