IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JXN UNDIVIDED COALITION, et al.                                              PLAINTIFFS

v.                                              CIVIL ACTION NO. 3:23-cv-351-TSL-RPM

SEAN TINDELL, in his official capacity as
Commissioner of the Mississippi Department of
Public Safety; and BO LUCKEY, in his official
capacity as the Chief of the Capitol Police, a unit of
the Mississippi Department of Public Safety                                  DEFENDANTS

## NOTICE OF FILING

Please take notice that the defendants in this matter have filed a response and supporting memorandum of authorities in opposition to the motion to consolidate filed by the plaintiffs in the case *NAACP, et al. v. Reeves, et al.*, No. 3:23-cv-272-HTW-LGI, which is currently pending in the United States District Court of the Southern District of Mississippi, Northern Division. The filed pleadings are attached hereto as:

      Exhibit "A" – Response to motion to consolidate

      Exhibit "B" – Memorandum in support of opposition to motion to Consolidate

DATE: JUNE 12, 2023

                                        SEAN TINDELL, in his official capacity as
                                        the Commissioner of the Mississippi
                                        Department of Public Safety and
                                        BO LUCKEY, in his official capacity as
                                        the Chief of the Capitol Police, a unit of the
                                        Mississippi Department of Public Safety,
                                        *Defendants*

LYNN FITCH
Attorney General of Mississippi

*/s/ J. Chadwick Williams*
Special Assistant Attorney General
Mississippi Bar No. 102158
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3523
E-mail: chad.williams@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which provided notice to all counsel of record.

This, the 12th day of June 2023.

*/s/ J. Chadwick Williams*