UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JXN UNDIVIDED COALITION; MISSISSIPPI VOTES; PEOPLE'S ADVOCACY INSTITUTE; MISSISSIPPI POOR PEOPLE'S CAMPAIGN; BLACK VOTERS MATTER; RUKIA LUMUMBA; DANYELLE HOLMES; AREKIA BENNETT-SCOTT,<br><br>*Plaintiffs*,<br><br>v.<br><br>SEAN TINDELL, in his official capacity as Commissioner of the Mississippi Department of Public Safety; and BO LUCKEY, in his official capacity as Chief of the Capitol Police, a unit of the Mississippi Department of Public Safety,<br><br>*Defendants*. | **Civil Action No. 3:23-cv-351-TSL-RPM** |

## NOTICE OF APPEARANCE

The undersigned, who is a member of the bar of this Court, hereby enters his appearance in this Court as co-counsel for the Plaintiffs.

Dated: June 14, 2023

Respectfully Submitted,

*/s/ Robert McDuff*
ROBERT B. MCDUFF
MS Bar No. 2532
Mississippi Center for Justice
Post Office Box 1023
Jackson, Mississippi 39215
rmcduff@mscenterforjustice.org
601-259-8484

*Co-counsel for the Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification to all counsel of record.

Submitted this the 14th day of June 2023.

                                              */s/ Robert McDuff*
                                              Robert B. McDuff

                                              *Co-counsel for the Plaintiffs*