IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JXN UNDIVIDED COALITION, et al.         PLAINTIFFS

v.        CIVIL ACTION NO. 3:23-cv-351-TSL-RPM

SEAN TINDELL, in his official capacity as
Commissioner of the Mississippi Department of
Public Safety; and BO LUCKEY, in his official
capacity as the Chief of the Capitol Police, a unit of
the Mississippi Department of Public Safety    DEFENDANTS

## NOTICE OF ATTORNEY APPEARANCE

Please take notice that Wilson D. Minor, Special Assistant Attorney General, hereby enters his appearance in this cause as counsel of record for the following Defendants: Sean Tindell, in his official capacity as the Commissioner of the Mississippi Department of Public Safety and Bo Luckey, in his official capacity as the Chief of the Capitol Police, a unit of the Mississippi Department of Public Safety.

DATE: JUNE 19, 2023

            SEAN TINDELL, in his official capacity as
            the Commissioner of the Mississippi
            Department of Public Safety and
            BO LUCKEY, in his official capacity as
            the Chief of the Capitol Police, a unit of the
            Mississippi Department of Public Safety,
            *Defendants*

            LYNN FITCH
            Attorney General of Mississippi

            *s/Wilson D. Minor*
            Special Assistant Attorney General
            Mississippi Bar No. 102663

P.O. Box 220  
Jackson, Mississippi 39205-0220  
Telephone: (601) 359-6279  
E-mail: wilson.minor@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which provided notice to all counsel of record.

This, the 19th day of June, 2023.

<i>s/Wilson D. Minor</i>