## DECLARATION OF AREKIA BENNETT-SCOTT

I, Arekia Bennett-Scott, declare the following under penalty of perjury pursuant to 28 U.S.C § 1746:

1. My name is Arekia Bennett-Scott. I am the Executive Director of Mississippi Votes.

2. My organization and I are members of the JXN Undivided Coalition. The Coalition protested in and beside places occupied by Mississippi state entities or officials in Jackson, Mississippi during the 2023 legislative session, and we plan to do so in July, and every month leading up to and during the 2024 legislative session. For example, we plan to protest monthly on the sidewalk in front of the governor's mansion.

3. For several years, Mississippi Votes and I have been involved in organizing and planning public demonstrations in and beside places occupied by Mississippi state entities or officials in Jackson, Mississippi. Some of these demonstrations have included small groups on sidewalks without permits, and others have included larger groups in city streets with a City of Jackson permit. Some have been planned several weeks in advance, and others have been planned in hours or days leading up to an action as an immediate response to breaking news regarding governmental actions or failures to act. If we could not organize such rapid response direct actions, as we regularly do, it would prevent me personally, and Mississippi Votes and the Coalition organizationally, from being able to carry out our missions.

4. Mississippi Votes and I plan to co-organize Coalition events between now and the end of this year, during the 2024 legislative session and beyond as necessary to secure the right to vote, the right to flourish, and the right of political self-determination for Jackson residents. Mississippi Votes and I plan to help publicize future Coalition actions in the weeks, days, and/or hours leading up to them. Consistent with our past actions, these efforts will include protesting in and beside places occupied by Mississippi state entities or officials in Jackson, Mississippi.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

Dated: 6/22/2023

Signature: *Arekia Bennett-Scott* (DocuSigned by)

Arekia Bennett-Scott of Rankin County, Mississippi