# DECLARATION OF RUKIA LUMUMBA

I, Rukia Lumumba, declare the following under penalty of perjury pursuant to 28 U.S.C § 1746:

1. My name is Rukia Lumumba. I am the Executive Director of the People's Advocacy Institute (PAI). As a founding member of the JXN Undivided Coalition (Coalition), I generally lead our daily or weekly calls, circulate agendas, take notes, and have substantial responsibilities regarding managing the Coalition's collective actions and our created work product.

2. The Coalition was organized in late-January of this year to resist state takeover of the rights and resources of residents of Jackson, Mississippi, which is a majority-Black and Black-led city, by the state of Mississippi and its lawmakers, who are majority-white. The Coalition's mission is to support—through protests, other direct actions, and through community and legal engagement—the right to vote, the right to flourish, and the right of political self-determination for Jackson residents. The Coalition protested in and beside places occupied by Mississippi state entities or officials in Jackson, Mississippi during the 2023 legislative session, and we plan to do so in July, and every month leading up to and during the 2024 legislative session. For example, we plan to protest monthly on the sidewalk in front of the governor's mansion. We plan to protest in and beside places occupied by Mississippi state entities or officials in Jackson, Mississippi, as long as it takes to secure the right to vote, the right to flourish, and the right of political self-determination for Jackson residents. Community education, organizing, and public demonstrations are foundational means by which we have and will continue to advocate for political self-determination in the lives of our members and loved ones in the Jackson community.

3. For several years, PAI and I have been involved in organizing and planning public demonstrations in and beside places occupied by Mississippi state entities or officials in Jackson, Mississippi. Some of these demonstrations have included small groups on sidewalks without permits, and others have included larger groups in city streets with a City of Jackson permit. Some have been planned several weeks in advance, and others have been planned in hours or days as an immediate response to breaking news regarding governmental actions or failures to act. It is routine to finalize dates and plans for larger protests several weeks beforehand, but not several months beforehand.

4. Speaking as an individual and organizational leader, our missions requires that we maintain the capacity to lead "rapid response" work: to immediately implement coordinated protest actions or mutual aid programs within hours or days to meaningfully meet emergent community needs. These responses have in the past, and will in the future, include organizing and participating in public events, including protests, on sidewalks or streets by state government buildings. Rapid response work is foundational to the "self-determination" aspect of our missions. Having the operational capacity to launch rapid response actions, and performing that critical role in our community, is a manifestation of—and a basis for—the community's trust in us to timely lead our work to meet our own needs, especially in times of crisis, which is one aspect of self-determination. One way that we meet our own needs is by gathering in numbers when we must to protest and

    make our voices heard, including by state government buildings so that state officials will hear us, and so observers will know to whom our protest is directed. If we could not organize such rapid response direct actions, as we regularly do, it would prevent me personally, and PAI and the Coalition organizationally, from being able to carry out our missions.

5. PAI and I plan to co-organize Coalition events between now and the end of this year, during the 2024 legislative session and beyond as necessary to secure the right to vote, the right to flourish, and the right of political self-determination for Jackson residents. PAI and I plan to help publicize future Coalition actions in the weeks, days, and/or hours leading up to them. Consistent with our past actions, these efforts will include protesting in and beside places occupied by Mississippi state entities or officials in Jackson, Mississippi.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

Dated: 6/22/2023

Signature: _____

Rukia Lumumba of Hinds County, Mississippi